UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CASE NO. 23-223

| | |
|---|---|
| UNITED STATES OF AMERICA f/b/o SELECT DEMO SERVICES, LLC, <br>   Plaintiff <br><br> v. <br><br> ASTURIAN GROUP, INC.; <br> HARTFORD CASUALTY INSURANCE COMPANY, <br>   Defendants | COMPLAINT |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, United States of America f/b/o Select Demo Services, LLC voluntarily dismisses the above-entitled action against the Defendants, Asturian Group, Inc. and Hartford Casualty Insurance Company with prejudice.

Plaintiff,
UNITED STATES OF AMERICA f/b/o
Select Demo Services LLC
By its Attorney,

/s/ Thomas W. Heald
Thomas W. Heald, Reg. #1694
Hannah M. Foye, Reg. #9648
HEALD & FOYE, LTD.
One Turks Head Place, Suite 420
76 Westminster Street
Providence, RI 02903
(401) 421-1500 telephone
(401) 331-5886 facsimile

Dated: 7/28/23